Argued and submitted March 15, reversed and remanded May 19, 1999

RODGER ROBERT ANSTETT,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(97C-12303; CA A102496)

982 P2d 1140

Steven H. Gorham argued the cause and filed the brief for appellant.

Judy C. Lucas, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and De Muniz and Brewer, Judges.

PER CURIAM

Reversed and remanded. *Peek v. Thompson*, 160 Or App 260, 980 P2d 178 (1999).